UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TABATHA PHIPPS,**

    **Plaintiff,**

v.                                      **Case No. 3:18-cv-374-J-39JRK**

**SANTANDER CONSUMER USA, INC.,**

    **Defendant.**

_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Motion to Stay Case Pending Arbitration (Doc. 5; Motion) filed April 12, 2018. Within the Motion, the parties represent that they agreed to arbitrate this case, and ask the Court to stay this case pending the outcome of arbitration. Motion at 1.

Accordingly, after due consideration, it is

**ORDERED:**

1. The parties' Joint Motion to Stay Case Pending Arbitration (Doc. 5) is **GRANTED**.

2. This case is **STAYED** pending completion of the arbitration proceedings. The Clerk of the Court is directed to terminate any pending motions and administratively close the file.

3. The parties shall file a joint status report upon the completion of the arbitration proceedings. If the arbitration proceedings have not resolved by August 6, 2018, the parties shall file a joint status report on or before **August 13, 2018**, and every 90 days thereafter until the arbitration proceedings are completed.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of April, 2018.

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record